# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL B. MEADE, | Civil No. 3:16-cv-2212 |
| Petitioner | (Judge Mariani) |
| v. | |
| CAPTAIN S. SPAULDING, | |
| Respondent | |

## ORDER

**AND NOW,** this 9th day of August, 2017, upon consideration Petitioner's motion (Doc. 5) for injunctive relief, and motion (Doc. 7) for summary judgment, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 5) for injunctive relief is **DENIED**.

2. The motion (Doc. 7) for summary judgment is **DENIED**.

Robert D. Mariani
United States District Judge