IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL B. MEADE, : Civil No. 3:16-cv-2212
:
Petitioner : (Judge Mariani)
:
v. :
:
CAPTAIN S. SPAULDING, :
:
Respondent :

## ORDER

AND NOW, this 1st day of May, 2019, upon consideration of the petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date,

**IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge